UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMEON LAMONT POWELL, | ) | NO. EDCV 12-2022-SVW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RALPH M. DIAZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is DENIED and DISMISSED with prejudice with respect to Grounds One, Two(a), Three and Four, and GRANTED with respect to Ground Two(b), Petitioner is discharged from all consequences of his conviction on Count Three for violating California Penal Code Section 186.22(a), and the portion of the sentence based on the conviction on Count Three is VACATED. Within one hundred and twenty (120) days, or such further time as reasonably allowed under state law, the Superior Court for the

County of Riverside shall resentence Petitioner in conformity with the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge and consistent with the law discussed in the Report and Recommendation.

DATED: _____June 10_____, 2015.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE